| Company | Address | Contact | Phone | Email | Username | Password | Authorized Credit | Credit Spent | Credit Available | Current Date | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PJ Auto | 161 Broadway | Eddie Vasques | 1-781-605-5979 | | PJauto | PJauto314 | $ 195,000.00 | $ 195,171.06 | $ (171.06) | 3/10/2015 | | | |

**Interest rate calculated at 12% and reflects the outstanding principal balance for one year**
**In cases where the balance on the vehicle was partially paid off, the interest has been recalculated based on the newer figure; breakdown in "Notes" column**

| Company Name | Make | Model | Year | VIN | Purchase Date | Title Number | Title Location | Purchase Price | Interest Accrued | Total Due | Sale Date | Days on Floor | Current Status | Paid On Floor Payment Due | PDF Title Name | Comment Payment Due | Notes on Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PJ Auto | Chev | Pacif | 2004 | 114509 | 6/25/2013 | BU25091/MA | Hold | $ 3,500 | $ 420.00 | $ 3,920.00 | | 881 | Payment Due | | | Dennis | |
| PJ Auto | Linc | Navigator | 2003 | 120815 | 10/11/2013 | BH927502/MA | Shamrock | $ 6,500 | $ 780.00 | $ 7,280.00 | | 881 | On Floor | | | | |
| PJ Auto | GMC | Jimmy | 2001 | 151341 | 10/11/2013 | BL914777/MA | Shamrock | $ 2,450 | $ 294.00 | $ 2,744.00 | | 881 | On Floor | | | | |
| PJ Auto | Audi | A6 | 2000 | 66320 | 10/31/2013 | BM569292/MA | Shamrock | $ 2,500 | $ 300.00 | $ 2,800.00 | | 861 | On Floor | | | | |
| PJ Auto | Audi | A6 | 1999 | 73487 | 10/31/2013 | BH783607/MA | Shamrock | $ 2,000 | $ 240.00 | $ 2,240.00 | | 861 | On Floor | | | | was assessed on a balance of $11,980 and afterwards at a balance of $1,000, for 279 days. The breakdown is like this: $338.72 accrued during first phase, and $91.72 during the second, for a total of $514. These periods rang up at $340.22 and $16.00 respectively, for a total of $156.22. |
| PJ Auto | Hond | Civic | 2012 | 573839 | 1/2/2014 | BL455126/MA | Hold | $ 1,000 | $ 430.44 | $ 1,430.44 | | 798 | Payment Due | | | | |
| PJ Auto | Chev | Malibu | 2000 | 168911 | 3/3/2014 | BL558339/MA | Hold | $ 314 | $ 156.22 | $ 470.22 | REGISTERED | 738 | Payment Due | | | Cleomar | |
| PJ Auto | Nissan | Altima | 2011 | 123802 | 3/14/2014 | BL157570/MA | Shamrock | $ 10,240 | $ 1,228.80 | $ 11,468.80 | | 727 | On Floor | 123802.pdf | | | paid for, lowering the principal amount from $9705 to $6690 — and resulting in two Interest calculations: $670.00 for the first 210 days, and $310.00 for the |
| PJ Auto | Toyt. | Camry | 2007 | 114793 | 4/9/2014 | BJ720073/MA | Hold | $ 6,090 | $ 980.33 | $ 7,070.33 | | 701 | Payment Due | 114793.pdf | | Auction | |
| PJ Auto | Nissan | Path | 1998 | 251015 | 4/9/2014 | BH995123/MA | Shamrock | $ 2,000 | $ 240.00 | $ 2,240.00 | | 701 | On Floor | 251015.pdf | | | |
| PJ Auto | Nisan | Rogue | 2009 | 169885 | 4/16/2014 | BH204406/MA | Hold | $ 7,465 | $ 895.00 | $ 8,360.00 | | 694 | Payment Due | 169885.pdf | | Douglas/23 | |
| PJ Auto | BMW | 322XI | 2006 | X91458 | 4/16/2014 | BL574293/MA | Hold | $ 4,669 | $ 895.00 | $ 5,564.00 | TITLE/REG | 694 | Payment Due | X91458.pdf | | Douglas/13 | 13 days at $12,710 and 352 days at |
| PJ Auto | Jeep | Grand | 2005 | 513802 | 4/17/2014 | BL614234/MA | Shamrock | $ 3,000 | $ 360.00 | $ 3,360.00 | | 693 | On Floor | 513302.pdf | | | |
| PJ Auto | Suba | Imprez | 1996 | 616331 | 7/7/2014 | BJ173157/MA | Shamrock | $ 500 | $ 60.00 | $ 560.00 | | 612 | On Floor | 616331.pdf | | | |
| PJ Auto | Volk | Newbee | 2000 | 411064 | 7/7/2014 | BN100421/MA | Shamrock | $ 1,500 | $ 180.00 | $ 1,680.00 | REG11/14/14 | 612 | On Floor | 411064.pdf | | | |
| PJ Auto | Niss | Xterra | 2002 | 551136 | 7/7/2014 | BH950604/MA | Shamrock | $ 2,900 | $ 348.00 | $ 3,248.00 | Shamrock | 612 | On Floor | 551136.pdf | | | |
| PJ Auto | Mazda | A35 | 2004 | 291783 | 7/7/2014 | SW25311/MA | Shamrock | $ 2,600 | $ 312.00 | $ 2,912.00 | | 612 | On Floor | 191783.pdf | | | |
| PJ Auto | BMW | 350I | 2007 | V83934 | 7/16/2014 | BG478818/MA | Hold | $ 10,775 | $ 1,293.00 | $ 12,068.00 | | 603 | Payment Due | V83934.pdf | | Jim $ 1/20 | |
| PJ Auto | Infi | G35 | 2008 | 278185 | 7/16/2014 | BG476035/MA | Hold | $ 1,310 | $ 1,057.00 | $ 2,367.00 | | 603 | Payment Due | 278185.pdf | | Dennis/30 | |
| PJ Auto | Merz | C300 | 2009 | 78786 | 7/15/2014 | BL661619/MA | Shamrock | $ 15,925 | $ 1,911.00 | $ 17,836.00 | | 603 | On Floor | 78786.pdf | | DEnnis7/17 | $197 days at $15,210 and $168 days. |
| PJ Auto | Mazd | CX7 | 2007 | 108853 | 7/22/2014 | BJ364056/NH | Shamrock | $ 8,460 | $ 1,015.00 | $ 9,475.00 | | 597 | On Floor | 108853.pdf | | | |
| PJ Auto | Acura | TL | 2009 | 6619 | 7/22/2014 | BN032030/MA | Shamrock | $ 16,925 | $ 2,031.00 | $ 18,938.00 | | 597 | On Floor | 6619.pdf | | | |
| PJ Auto | Chev | Astro | 1999 | 176783 | 7/22/2014 | BJ396732/MA | Shamrock | $ 855 | $ 102.60 | $ 957.60 | | 597 | On Floor | 176783.pdf | | | |
| PJ Auto | Chev | Avalanc | 2002 | 107117 | 7/22/2014 | BH652305/MA | Hold | $ 3,000 | $ 489.49 | $ 3,489.49 | | 597 | Payment Due | 107117.pdf | | DEnnis7/17 | 197 days at $5,000 = $323.33 and subsequent 168 days at $3,000 — |
| PJ Auto | Niss | Altim | 2010 | 112309 | 8/13/2014 | BN156726/MA | Hold | $ 3,012 | $ 495.49 | $ 3,507.49 | REGISTERED | 570 | Payment Due | | | Eddie/2/12 | 42 days at $12,710 and 323 days at |
| PJ Auto | BMW | 535XI | 2008 | 256145 | 9/23/2014 | BJ912853/MA | Shamrock | $ 16,500 | $ 1,980.00 | $ 18,480.00 | TITLE/REG10/21 | 534 | On Floor | 256145.pdf | | | |
| PJ Auto | Audi | A4 | 2002 | 212293 | 9/23/2014 | BL551318/MA | Hold | $ 2,300 | $ 276.00 | $ 2,576.00 | REGISTERED | 534 | Payment Due | 212293.pdf | | | |
| PJ Auto | Hond | CRV | 2010 | 63368 | 9/23/2014 | BM536687/MA | Shamrock | $ 16,208 | $ 1,944.00 | $ 18,208.00 | TITLE/REG | 534 | On Floor | 63368.pdf | | Douglas12/9 | |
| PJ Auto | Linc | LS | 2000 | 830573 | 10/7/2014 | BN616316/MA | Hold | $ 3,000 | $ 159.77 | $ 3,159.77 | | 520 | Payment Due | 830573.pdf | | | |
| PJ Auto | Niss | Altima | 2013 | 180070 | 10/10/2014 | S530970/NY | Shamrock | $ 12,435 | $ 1,492.20 | $ 13,927.20 | | 517 | On Floor | 180070.pdf | | Melissa8/31 | 242 days at $1500 and 123 days at $1000 |
| PJ Auto | Niss | Altima | 2012 | 199489 | 10/10/2014 | 108066148/FL | Shamrock | $ 9,010 | $ 1,081.20 | $ 10,091.20 | | 517 | On Floor | 199489.pdf | | | |
| PJ Auto | Infi | G35 | 2003 | 332510 | 10/27/2014 | BL404220/MA | Shamrock | $ 4,500 | $ 540.00 | $ 5,040.00 | | 500 | On Floor | 332510.pdf | | | |
| PJ Auto | BMW | 328Ci | 2000 | N93314 | 2/2/2015 | BN448519/MA | Hold | $ 310 | $ 122.11 | $ 432.11 | 7/30/2015 | 402 | Payment Due | N93314.pdf | | Auction | days at $310, for which the interest charges are summarized as $106.31 and $15.79. |
| | | | | | | | **Totals** | $ 195,171 | $ 25,719.65 | $ 220,928.32 | | | | Paid On Floor Payment Due Totals | | 0 150,426 44,745 $ 390,342 | |

| Company | Address | Contact | Phone | Email | Username | Password | Authorized Credit | Credit Spent | Credit Available | Current Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Stadium Auto Sales | 35 Everett Av | Edgard V Miranda | 1-617-869-8099 | eddyvasques@gmail.com | EddieV | Vasques314 | $ 79,000.00 | $ 81,473.00 | $ (2,473.00) | 3/10/2016 |

**Interest rate calculated at 12% and reflects the outstanding principal balance for one year**
**In cases where the balance on the vehicle was partially paid off, the interest has been recalculated based on the newer figure; breakdown in "Notes" column**

| Company Name | Make | Model | VIN | Purchase Date | Title Number | Title Location | Purchase Price | Interest Accrued | Total Due | Sale Date | Days on Floor | Current Status | PDF Title Name | Comment | Notes on Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stadium Auto Sales | Infi | G35 | 2008 277080 | 9/27/2013 | BL153109 / MA | Shamrock | $ 11,806 | $ 1,416.00 | 13,222.00 | | 895 | On Floor | | | In this case, the balance was reduced after the car sold on 5/18/15, making the interest breakdown: 257 days @ 9,800 balance: $922.00 and 108 days @ $1300= $46.15. Total owed: $367.15 |
| Stadium Auto Sales | Merz | C240 | 2002 195082 | 11/4/2013 | BF391820 / MA | Shamrock | $ 4,000 | $ 480.00 | 4,480.00 | | 857 | On Floor | | | |
| Stadium Auto Sales | GMC | Safari | 2003 506353 | 12/13/2013 | AY409083 / MA | Hold | $ 1,300 | $ 367.15 | 1,667.00 | | 818 | On Floor | | | |
| Stadium Auto Sales | Niss | Xterra | 2002 544154 | 3/25/2014 | BM151467 / MA | Shamrock | $ 3,300 | $ 396.00 | 3,696.00 | | 716 | On Floor | | | |
| Stadium Auto Sales | Dodg | Durang | 2003 609312 | 4/11/2014 | BH071859 / MA | Hold | $ 2,500 | $ 300.00 | 2,800.00 | | 699 | Payment Due | | Gilberto/28 | |
| Stadium Auto Sales | Merz | S430 | 2000 104714 | 4/24/2014 | BM541410 / MA | Hold | $ 1,800 | $ 452.89 | 2,253.00 | 11/25/2015 | 696 | Payment Due | | | Here, the balance was reduced on 11/25/15. The car spent 328 days at $4000 and 37 days at $1800, for a grand total of 452.89 Cleomar/11/21 |
| Stadium Auto Sales | Nissan | Path | 2004 700271 | 4/29/2014 | BA103070 / MA | Shamrock | $ 3,500 | $ 420.00 | 3,920.00 | | 691 | On Floor | | | |
| Stadium Auto Sales | Volv | V70XC | 2000 730414 | 6/5/2014 | BM328162 / MA | Shamrock | $ 2,000 | $ 240.00 | 2,240.00 | | 644 | On Floor | | | |
| Stadium Auto Sales | Dodg | Cara | 2005 166264 | 6/10/2014 | BK592551 / MA | Hold | $ 2,000 | $ 282.80 | 2,282.80 | | 639 | Payment Due | 166264.pdf | Moises/11 | 131 days spent at a balance of $3000, which accrued $120.00 in interest. 234 days at $2,000, for $153.80. Total owed: $282.80 |
| Stadium Auto Sales | Merz | GL450 | 2008 416066 | 6/23/2014 | BM078199 / MA | Hold | $ 1,575 | $ 309.56 | 1,884.56 | | 536 | Payment Due | 416066.pdf | Edgard 2/4 | 53 days at $1865, interest totaled: 137.65. 332 @ $1571.91. Total owed: $309.56 |
| Stadium Auto Sales | Nissan | Altima | 2006 343477 | 7/22/2014 | BD127246 / MA | Shamrock | $ 5,955 | $ 714.60 | 6,669.60 | | 597 | On Floor | 343477.pdf | | |
| Stadium Auto Sales | Suba | Outback | 2003 341903 | 9/2/2014 | BJ006683 / MA | Hold | $ 3,775 | $ 602.12 | 4,377.12 | | 555 | Payment Due | 341908.pdf | Auction7/23 | 202 days at a balance of $6025 and 163 days at a balance of $3775, equalling $400.12 and $202.20 in interest bill, respectively, for a grand sum of $602.12 |
| Stadium Auto Sales | Sat | L300 | 2005 573990 | 10/9/2014 | AZ542373 / MA | Shamrock | $ 1,045 | $ 125.40 | 1,170.40 | | 518 | On Floor | 573990.pdf | | |
| Stadium Auto Sales | Hond | Accord | 2005 173439 | 10/20/2014 | BN555879 / MA | Hold | $ 4,000 | $ 480.00 | 4,480.00 | | 507 | Payment Due | 173439.pdf | Dennis10/21 | |
| Stadium Auto Sales | Hond | Civic | 2003 14473 | 11/6/2014 | BL528030 / MA | Hold | $ 6,000 | $ 720.00 | 6,720.00 | REGISTERED | 490 | Payment Due | 14473.pdf | Dennis | |
| Stadium Auto Sales | Merz | R350 | 2006 27374 | 12/5/2014 | 13368384 / NH | Hold | $ 7,935 | $ 952.20 | 8,887.20 | | 461 | Payment Due | 27374.pdf | | |
| Stadium Auto Sales | BMW | 3Seri | 2007 P23751 | 12/15/2014 | BM398769 / MA | Hold | $ 5,360 | $ 1,082.49 | 6,442.49 | | 451 | Payment Due | P23751.pdf | Auction5/25 | Interest was charged on a balance of $10,055 for 284 days, and then changed to a balance of $5300 for 31 days. The total comes to $939.76 + $142.73 = 1,082.49 |
| Stadium Auto Sales | Infin | FX3 | 2008 207176 | 12/15/2014 | SS9923U / NY | Shamrock | $ 13,622 | $ 1,634.64 | 15,256.00 | | 451 | On Floor | 207176.pdf | | |
| | | | | | | Totals | 81,473 | 10,573.85 | 92,048.97 | | | | | | |

Total owed: $ 92,048.85

Purchase Price 46,528
Payment due 35,945
Payment Due 0
Totals $ 162,946