UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| EDGARD VASQUES DEMIRANDA NETO, ) | Case No. 16-10026-MSH |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |
| SHAMROCK FINANCE, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | Adversary Proceeding |
| Vs. ) | No. 01077 |
| ) | |
| EDGARD VASQUES DEMIRANDA NETO, ) | |
| ) | |
| Defendants ) | |

**JOINT MOTION TO APPROVE
CERTIFICATION OF CONFERENCE AND WRITTEN
REPORT OUTLINING PROPOSED  DISCOVERY PLAN**

Plaintiff Shamrock Finance, LLC and defendant Edgard Vasques DeMiranda Neto hereby ask that this Court approve the proposed discovery plan contained in their Certification of Conference and Written Report Outlining Proposed Discovery Plan, filed herewith.  This discovery plan constitutes a change from that set forth in the Court's Pretrial Order dated June 14, 2016.

        Respectfully submitted,

        SHAMROCK FINANCE, LLC,

        By its attorneys,

        /s/ James J. McNulty
        James J. McNulty, Esq.
        BBO # 339940
        40 Court Street
        Suite 1150
        Boston, MA 02108
        (617) 263-3300

Dated: July 12, 2016

        EDGARD VASQUES DEMIRANDA NETO
        By his attorney,

        /s/ George J. Nader

        George J. Nader
        BBO #549149
        Riley & Dever, P.C.
        210 Broadway, Suite 101
        Lynnfield, MA 01940
        (781) 581-9880
        nader@rileydever.com

Dated: July 12, 2016

## CERTIFICATE OF SERVICE

I, George J. Nader, hereby certify my understanding that on July 12, 2016, notice of the filing of **Joint Motion to Approve Certification of Conference and Written Report Outlining Proposed Discovery Plan** was sent by the Court, by e-mail, to:

**jjm@jjmcnultylaw.com**

                                            /s/ George J. Nader
                                            George J. Nader