UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| EDGARD VASQUES DEMIRANDA NETO, ) | Case No. 16-10026-MSH |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |
| SHAMROCK FINANCE, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | Adversary Proceeding |
| Vs. ) | No. 01077 |
| ) | |
| EDGARD VASQUES DEMIRANDA NETO, ) | |
| ) | |
| Defendants ) | |

07/12/2016 ALLOWED.

**JOINT MOTION TO APPROVE
CERTIFICATION OF CONFERENCE AND WRITTEN
REPORT OUTLINING PROPOSED DISCOVERY PLAN**

Plaintiff Shamrock Finance, LLC and defendant Edgard Vasques DeMiranda Neto hereby ask that this Court approve the proposed discovery plan contained in their Certification of Conference and Written Report Outlining Proposed Discovery Plan, filed herewith. This discovery plan constitutes a change from that set forth in the Court's Pretrial Order dated June 14, 2016.

1976603v1/19967-2